UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Anthony Miles,<br><br>                    Plaintiff,<br><br>    v.<br><br>Calvin Johnson, et al.,<br><br>                    Defendants. | Case No. 2:23-cv-00087-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff's unopposed motion for leave to amend his complaint to add Defendants Telwin Slack and Willie Clayton in place of former Doe defendants. (ECF No. 24) (motion to amend); (ECF No. 25) (non-opposition). Because courts freely give leave to amend under Federal Rule of Civil Procedure 15(a)(2) and because Defendants do not oppose, the Court grants Plaintiff's motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to amend his complaint (ECF No. 24) is **granted.** The Clerk's Office is kindly directed to detach Plaintiff's proposed amended complaint (ECF No. 24 at 3-20) and file it on the docket.

**IT IS FURTHER ORDERED** the Clerk of Court is kindly directed to electronically serve a copy of this order and of Plaintiff's amended complaint (ECF No. 24 at 3-20) on the Office of the Attorney General of the State of Nevada. This does not indicate acceptance of service for Telwin Slack and Willie Clayton.

**IT IS FURTHER ORDERED** that service on Telwin Slack and Willie Clayton must be perfected on or before **November 25, 2024,** under Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that on or before **September 17, 2024**, the Attorney General's Office shall file a notice advising the Court and Plaintiff whether it accepts service for Telwin Slack and/or Willie Clayton. If the Attorney General's Office does not accept service for

Telwin Slack and/or Willie Clayton, the Attorney General's Office must file Telwin Slack and/or Willie Clayton's last known addresses under seal and indicate that it has filed this information under seal in its notice.  If Telwin Slack and/or Willie Clayton's last known addresses are a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address.

**IT IS FURTHER ORDERED** that if the Attorney General's Office cannot accept service for Telwin Slack and/or Willie Clayton, Plaintiff shall file a motion requesting issuance of summons for Telwin Slack and/or Willie Clayton.  If the Attorney General's Office has not provided a last-known-address for Telwin Slack and/or Willie Clayton, Plaintiff shall provide Telwin Slack and/or Willie Clayton's full name and address in his motion.

**IT IS FURTHER ORDERED** that if the Attorney General's Office accepts service of process for Telwin Slack and/or Willie Clayton, Telwin Slack and/or Willie Clayton shall file and serve an answer or other response to the complaint on or before **September 26, 2024**.

///

///

///

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon defendant(s), or if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. If Plaintiff electronically files a document with the Court's electronic-filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); Nev. Loc. R. IC 4-1(b); Nev. Loc. R. 5-1. However, if Plaintiff mails the document to the Court, Plaintiff shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The Court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

DATED: August 27, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE