1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Anthony Miles,

               Plaintiff,

   v.

Calvin Johnson, et al.,

               Defendants.

Case No. 2:23-cv-00087-GMN-DJA

**Order**

Before the Court is Plaintiff Anthony Miles' motion to compel (ECF No. 39); Defendants Calvin Johnson, Julie Williams, Michael Minev, James Scally, and Telwin Slack's motion to extend time (ECF No. 40); Johnson, Williams, Minev, Scally, and Slack's motion to reopen discovery (ECF No. 41); and Plaintiff's motion to withdraw his motion to compel (ECF No. 43). Neither Plaintiff nor any other party, has responded to Johnson, Williams, Minev, Scally, and Slack's motion to extend time or motion to reopen discovery, constituting their consent to the Court granting those motions. *See* LR 7-2(d). The Court also finds that those Defendants have shown good cause and excusable neglect to reopen discovery and extend discovery deadlines and thus grants both motions. (ECF Nos. 40, 41).

Plaintiff has moved to withdraw his motion to compel. (ECF No. 43). So, the Court denies his motion to compel as moot. (ECF No. 39). It grants his motion to withdraw. (ECF No. 43).

///

///

///

1    **IT IS THEREFORE ORDERED** that Johnson, Williams, Minev, Scally, and Slack's

2    motion to extend time (ECF No. 40) and motion to reopen discovery (ECF No. 41) are **granted.**

3    The Court enters the below deadlines:

4

5        Close of discovery:                    February 26, 2025

6        Dispositive motions:               March 26, 2025

7        Joint pretrial order:                April 25, 2025[1]

8

9        **IT IS FURTHER ORDERED** that Plaintiff's motion to withdraw (ECF No. 43) is

10   **granted** and that Plaintiff's motion to compel (ECF No. 39) is **denied as moot.**

11

12       DATED: February 13, 2025

13

14   _____

15   DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26   _____

27   [1] If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended
     until thirty days after decision on the dispositive motion or further court order.  *See* LR 26-

28   1(b)(5).