1  AARON D. FORD
   Attorney General
2  NATHAN M. CLAUS (Bar No. 15889)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-7629 (phone)
   (702) 486-3768 (fax)
6  Email: nclaus@ag.nv.gov

7  *Attorneys for Defendants*
   *Calvin Johnson, Julie Williams,*
8  *Michael Minev, James Scally,*
   *and Telwin Slack*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| ANTHONY MILES, | Case No. 2:23-cv-00087-GMN-DJA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CALVIN JOHNSON, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Anthony Miles, pro se, and Defendants Calvin Johnson, Julie Williams, Michael Minev, James Scally, and Telwin Slack, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///

1 | The Parties have resolved this matter in its entirety, the terms of the agreement have been
2 | satisfied, and the parties agree that the Court may accordingly close the case, with
3 | prejudice. Any outstanding deadlines are considered moot.

DATED this 9th day of June, 2025.    DATED this 5th day of June, 2025

                                          AARON D. FORD
                                          Attorney General

By: *Anthony Miles*    By: */s/ Nathan M. Claus*
ANTHONY MILES #1250434    NATHAN M. CLAUS (Bar No. 15889)
Plaintiff    Deputy Attorney General
                                          *Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____July 25_____, 2025.

_____
UNITED STATES DISTRICT JUDGE